No. 103. KANSAS CITY SOUTHERN RAILWAY CO. *v.* WILLIAMSON, ATTORNEY GENERAL. Appeal from the District Court of the United States for the Western District of Oklahoma. October 2, 1941. Dismissed per stipulation pursuant to Rule 35. *Messrs. F. H. Moore* and *Joseph*

*R. Brown* for appellant.   *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *F. M. Dudley* for appellee.

